CASE 2:15-CV-00533-TSZ-JPD

THE MOST HONORABLE District Judge THOMAS S. ZILLY

THE HONORABLE MAGISTRATE JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATHEW R. RUTH,

Petitioner,

v.

PATRICK GLEBE,

Respondent.

MOTION FOR CLARIFICATION

On 3-24-16, J. Thompson the Stafford Creek Law Librarian out of pure retaliation messed up the order of my exhibits to the traverse. It took me two hours to get the exhibits back in order. I filed a grievance. I also requested that S. Brown re-file my traverse. Please see attachment 1, it is the "certificate of scanning for electronic filing" signed by S. Brown on 3-29-16, with a letter to the

**Best scanned image available.**

Page 1 of 2

court explaining what J. Thompson did. On 3-30-16 I spoke to Kristine A. Kain on the phone. She told me that the second copy was just as messed up as the first.

On 3-31-16 counselor S. Sullivan came to my cell door and informed me that S. Brown needed my traverse again because something was not filed properly. However my legal property had been packed out because I was leaving on the chain on 4-4-16 to Shelton to be transferred to my current location Walla-Walla, close custody, west complex, pod west 118-1, 1313 N.E. 13th, Walla-Walla, WA 99362.

The order of the exhibits is very important to the traverse. I prove that I exhausted all claims and that I am entitled to an evidentiary hearing with the exhibits. It also made it easy on the courts to understand my traverse. I need to know if the exhibits are out of order, also, if the second filing of my traverse went through. If not may I file it for the third time? I worked really hard on that traverse, twice.

Respectfully submitted,    5-9-16

x _____ R. _____
Matthew R. Ruth

page 2 of 2

ATTACHMENT
ONE

Certificate of scanning
For Electronic Filing
&

Letter to court

3

# SCAN REQUEST / CERTIFICATE OF SCANNING
# FOR ELECTRONIC FILING

Indicate one document per request

| Offender's Name-(Please Print) | DOC Number | Unit/Cell |
|---|---|---|
| Matthew R. Ruth | 879492 | F6-10 |

I am requesting pages of the following document be electronically filed (scanned) with the United States District Court for the:

[Y] WESTERN DISTRICT   [ ] EASTERN DISTRICT

Today's Date: 3-27-16

Document Title: Traverse w/ 16 Exhibits and letter to clerk

Case Number: 2:15-CV-00533-TSZ-JPD

Number of Pages: A lot

Offender Signature: Matthew R. Ruth /s/ _____ Date: 3-27-16
PRINT NAME/SIGNATURE

---

**FOR FACILITY USE ONLY**

I, S. Brown, certify that on this 29 day of March, 20 16, I received the document listed above from Ruth to be scanned for the purpose of electronically filing with the U.S. District Court.

Staff Signature: S. Brown
PRINT NAME/SIGNATURE

COPY

4)

Dear Clerk

The law Librarian J. Thompson keeps retaliating against me because I file grievances against him and I am suing him. J. Thompson purposely messed up the order and pages of my exhibits to the traverse. It took me 2-Hours to restore the proper order.

I ask that this most Honorable court allow me to re-file the documents in their proper order. I have requested that S. Brown E-file my traverse w/ 16 Exhibits so that J. Thompson cannot intentionally mess up my document, my traverse, the order of the Exhibits is very-very important. I have added this incident to my complaint in the Tacoma division, Ruth v. Olese et al.... 2:14-cv-01388-BHS-AWL

Respectfully Submitted,    3-27-16       P.S. I am in segregation

X _____
Matthew R. Ruth, Prisoner Rights Activist

5