UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW R. RUTH,

                              Petitioner,                Case No. C15-533-TSZ-JPD

     v.

PATRICK GLEBE,                                    MINUTE ORDER

                              Respondent.

      The following Minute Order is made by direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

      On June 14, 2016, the Court ordered that respondent file a supplemental brief on or before July 1, 2016, and petitioner file a supplemental traverse on or before July 8, 2016. Dkt. 41. The Court directed the Clerk to re-note respondent's answer for July 8, 2016. *Id.* On June 28, 2016, respondent filed a supplemental brief as directed, but noted it for July 22, 2016. Dkt.

MINUTE ORDER - 1

42.  The noting date, however, remains **July 8, 2016**, the same day petitioner's supplemental traverse is due.  *See* Dkt. 41.  The Clerk is directed to send copies of this order to the parties.

DATED this 29th day of June, 2016.

                        WILLIAM McCOOL, Clerk

                        By  s/Ashleigh Drecktrah
                            Deputy Clerk

MINUTE ORDER - 2